**Opinion issued May 18, 2021**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-21-00090-CR**

————————————

## IN RE FREDDIE LEE MYLES, Relator

---

**Original Proceeding on Petition for Writ of Habeas Corpus**

---

## MEMORANDUM OPINION

Relator, Freddie Lee Myles, has filed a pro se petition for writ of habeas corpus, claiming that he was arrested and jailed without probable cause for his arrest.[1]

---

[1] The underlying case is *The State of Texas v. Freddie Lee Myles*, cause number 1623819, pending in the 183rd District Court of Harris County, Texas, the Honorable Chuck Silverman, presiding.

This Court has the power to issue writs of habeas corpus when the restraint of liberty is by virtue of an order issued by a court for violation of an order or judgment rendered by a judge or court in a civil case. *See* TEX. GOV'T CODE § 22.221(c). But we lack jurisdiction to issue a writ of habeas corpus in a criminal case and accordingly, we must dismiss this petition for lack of jurisdiction. *See, e.g., In re Buchanan*, No. 01-19-00378-CR, 2019 WL 3127092, at \*1 (Tex. App.—Houston [1st Dist.] July 16, 2019, orig. proceeding) (dismissing petition for writ of habeas corpus because court lacks original habeas corpus jurisdiction in criminal cases).

We dismiss the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Hightower.

Do not publish. TEX. R. APP. P. 47.2(b).